UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE OF CONNECTICUT | : |
| | : |
| | : |
| | : April 25, 2016 |
| | : |
| COUNTY OF FAIRFIELD | : |

**AFFIDAVIT**

I, Timothy J. Simao, being duly sworn, states as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), where I have been employed in that capacity since 2014. During the course of my career as a Special Agent, I have participated in numerous criminal investigations involving fraud/embezzlement schemes. I have conducted and participated in surveillance, undercover transactions, the introduction of undercover agents, the execution of search warrants, and reviews of recorded conversations. Through my training, education and experience, I have become familiar with a variety of fraud/embezzlement schemes. I am currently assigned to the New Haven Office of the FBI.

2. I make this affidavit in support of an application for a criminal complaint, charging Peter Ressler (RESSLER) with violating Title 18 U.S.C. § 153 (embezzlement of debtor's funds). The information contained in this affidavit is based upon my personal knowledge and involvement in this investigation, information obtained by other agents involved in this matter, as well as other information gathered during the course of this investigation. This affidavit is submitted for the limited purposes described above. Accordingly, it does not include all of the information gathered in regard to this investigation; rather, the affidavit contains only information necessary to establish probable cause for the requested complaint.

3.      The FBI commenced an investigation of RESSLER as a result of defense counsel contacting the United States Attorney's Office ("the Office") on RESSLER's behalf, which contact coincided with the federal bankruptcy courts in Connecticut making two criminal referrals to the Office.   The federal bankruptcy courts had identified criminal conduct by RESSLER in at least two cases involving debtors that were his clients, 329 Greene Street, LLC (hereinafter "329 Greene Street"), case number 11-32184, and Eternal Enterprises, Inc. (hereinafter referred to as "Eternal Enterprises"), case number 14-20292.   Both debtors had entrusted RESSLER with monies during his representation of them.   In particular, as to the 329 Greene Street matter, in or about August 2013, the debtor entrusted RESSLER with $450,000, which were proceeds of a legal settlement, to be held by RESSLER's firm for the benefit of the debtor and its creditors.   Similarly, in the Eternal Enterprises matter, between May, 2015, through March, 2016, the debtor Eternal Enterprises entrusted RESSLER with approximately $321,409.   In both cases, upon a review of bank records for the firm's IOLTA account, the bankruptcy courts concluded, as was reconfirmed by the undersigned's review of the records, that most of the deposited funds were used by RESSLER for other purposes than on behalf of the relevant clients, in violation of law.

4.      In addition, the FBI has conducted two interviews with RESSLER and his counsel, on the understanding that such interviews would be used by the U.S. Attorney's Office without limitation to further its investigation and prosecution. Over the course of the interviews, RESSLER acknowledged embezzling monies from the 329 Greene Street and the Eternal Enterprises bankruptcy estates as well as to a wider range of embezzlements involving other clients. RESSLER has been cooperating with the authorities to unpack the scope of the relevant losses caused by his actions.[1]  Further, RESSLER's counsel had also reviewed release conditions provided

---

[1] RESSLER has submitted a written resignation from the Connecticut state bar, dated March 18, 2016, to the Office of Chief Disciplinary Counsel.  In his resignation of attorney affidavit, RESSLER cited violations of the rules of



to him by the U.S. Attorney's office to prohibit the disposition of his assets, which will be submitted to the relevant magistrate at his initial appearance relating to this complaint and his anticipated arrest.

5. I respectfully submit that the facts set forth in this affidavit establish probable cause to believe, and I do believe, that RESSLER knowingly and fraudulently embezzled debtor's funds in violation of Title 18 U.S.C. § 153. I respectfully request the issuance of a criminal complaint and arrest warrant.

Timothy J. Simao
Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me this 25th day of April, 2016, in Bridgeport, Connecticut.

/s/ William I. Garfinkel, USMJ

WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE

professional conduct and acknowledged that the court will enter a finding that RESSLER engaged in misconduct.)