UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| VS. | : Docket No. 3:16CR____ ( ) |
| PETER L. RESSLER | : |

### CONSENT ORDER OF PROTECTION OF ASSETS

This Court having fully considered the matter before it and being well advised, and by the authority granted by the *All Writ's Act*, 28 U.S.C. § 1651, hereby ORDERS:

The protection of all assets belonging to Peter L. Ressler, or in which Peter L. Ressler has an interest. Peter L. Ressler, his successors, agents, employees, nominees, assigns, representatives, attorneys, family members of any other person or entity acting for or in concert with Peter L. Ressler, anyone having actual knowledge of this Order, and anyone having any interest or control over property Peter L. Ressler owns, or in which he has an interest, are hereby restrained from directly or indirectly alienating, dissipating, assigning, transferring, selling, encumbering, disposing, spending or attempting or completing any action that would affect or diminish the value of any substantial asset valued in excess of $500.00, known or unknown to the Government. This Order shall permit Peter L. Ressler to use his monthly social security retirement benefits and periodic unemployment benefits for payment of his necessary living expenses until further order of this Court. The United States or Peter L. Ressler may petition this Court for good cause to lift this Order or seek further order of this Court.

SO ORDERED this the 25th day of April, 2016, at Bridgeport, Connecticut.

/s/ William I. Garfinkel, USMJ

---
WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE