UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                      CASE #:  3:16-mj-00088-WIG

PETER RESSLER

    Defendant.                         February 15, 2017

## MOTION FOR PERMISSION TO TRAVEL TO FLORIDA TO AID IN SALE OF CONDOMINIUM

The defendant, Peter Ressler, through his undersigned counsel, respectfully requests that he be allowed to travel by plane to Miami Beach, Florida, leaving March 1, 2017, at 8:00 a.m. and returning on March 6, 2017, by 11:00 p.m. to remove his personal effects and those of his family from the condominium unit 17-O at The Balmoral, and do some painting and other clean-up work to improve the saleability of the property, at the request of the listing broker, Nicole Bodhadana of Beachfront Realty, Inc.  In support of this motion, the respondent states:

1. He is a debtor in bankruptcy, In re Peter Ressler, Chapter 7 Case No. 16-31062 (JAM), and an asset of his bankruptcy is his membership interest in Petal, LLC, which owns condominium unit 17-O at The Balmoral, 9801 Collins Avenue, Bal Harbor, Florida.  The Chapter 7 Trustee, Attorney Barbara Katz, has listed Unit 17-O for sale, and Nicole Bouhadana of Beachfront Realty Inc.

1

is the listing broker. Ms. Bouhadana has requested that the unit be cleaned up, and that Mr. Ressler remove his personal effects and family effects therefrom, and clean and spruce up the interior to make the unit more attractive to potential buyers.

2. Attorney Barbara Katz, Trustee, consents to the Bankruptcy Court motion for permission to travel. If it is granted, Trustee Katz intends to visit the condominium property to inspect the interior and examine the contents and personal property contained in the unit, and is coordinating her travel schedule with the debtor to accomplish this.

3. Mr. Ressler will not remove anything from the condominium unit until Trustee Katz completes her inspection.

4. Mr. Ressler requests permission of the court to lift the travel restriction so he can travel to Florida to do this work. In addition, subject to approval of the Bankruptcy Trustee, he wishes to discard or recover his personal and family belongings.

In further support, Mr. Ressler represents:

1. He was arrested and charged with bankruptcy fraud on or about April 25, 2016.

2. He has been released and is in full compliance with all conditions of release as ordered by this Court.

3. The Pre-trial Services Officer Kai Jenkins approves this request.

4. Counsel for the United States takes no position with respect to this Motion.

5. And for such further reasons as may become apparent upon the hearing of this motion.

Wherefore, the undersigned respectfully moves the United States District Court to grant him permission to travel.

                        THE DEFENDANT
                        PETER L. RESSLER

                        By: /s/ Jonathan Katz (ct00182)
                            Jonathan Katz
                            Jacobs & Dow, LLC
                            350 Orange Street
                            New Haven, Connecticut 06511
                            Telephone: (203) 772-3100
                            Facsimile: (203) 772-1691
                            Federal Juris No.: ct00182
                            Email jkatz@jacobslaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 15, 2017 the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                 /s/ Jonathan Katz (ct00182)
                                                                 Jonathan Katz
Jacobs & Dow, LLC
350 Orange Street
New Haven, Connecticut 06511
Telephone: (203) 772-3100
Facsimile: (203) 772-1691
Federal Juris No.: ct00182
Email jkatz@jacobslaw.com