UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PETER RESSLER,<br><br>            Defendant. | 3:16 MJ 00088 (WIG)<br><br>March 27, 2017 |

**JOINT MOTION FOR CONTINUANCE
AND WAIVER OF PRELIMINARY HEARING AND CERTAIN LIMTATIONS UNDER
SPEEDY TRIAL ACT**

The Government, through undersigned counsel, and the defendant, through his counsel, respectfully move the Court, pursuant to 18 U.S.C. § 3161(h)(2) & (7)(A), for a continuance of this matter, to exclude the period from the date of the Court granting this motion until May 31, 2017, under the time calculations set forth in the Speedy Trial Act ("the Act"). The parties represent as follows:

1.  The defendant Peter Ressler was arrested on a complaint on April 25, 2016, and was charged with a violation of 18 U.S.C. § 153. The defendant was presented before the Honorable William I. Garfinkel, United States Magistrate Judge, on that date and released on conditions. On or about that day, the parties, by motion, jointly requested a continuance of the matter and requested that the Court exclude under the provisions of the Speedy Trial Act the time from the date of the granting of the motion until September 15, 2016. The Court granted the motion. In September, 2016, the parties moved for a further continuance of the matter and an exclusion of time from the date of the granting of the motion until December 30, 2016. The Court granted that motion. In December 2016, the parties for moved for a further continuance of the matter and an exclusion of

time from the date of the granting of the motion until March 31, 2016. The Court granted that motion.

2. The parties have now negotiated a guilty plea and have scheduled the plea date for May 2, 2017, before Judge Alfred V. Covello. The Government will use that time before the scheduled plea date to finalize paperwork and address any remaining victim notification issues. As a result, the parties continue to believe that time would be more productively used toward finalizing outstanding issues relating to the now-scheduled guilty plea than undertaking a probable cause hearing or having the Government seek indictment in the immediate term.

3. Accordingly, the parties jointly request a continuance of the matter and request that the Court exclude under the provisions of the Speedy Trial Act the time from the date of the granting of this motion until May 31, 2017, with the expectation that this will be the final request for continuance.

4. Consistent with the joint request for continuance, the defendant waives his right to a preliminary hearing until the date required by the Speedy Trial Act to file an information or indictment, 18 U.S.C. § 3161(b), excluding the period of delay afforded if the Court grants the instant motion. *See* Fed. R. Crim. P. 5.1(a)(1).

5. The parties further submit that such a period of delay is permitted pursuant to 18 U.S.C. § 3161(h)(2) & (7). For the reasons stated above, the ends of justice are served by granting the continuance requested and outweigh the best interests of the public and the defendant in a speedy trial.

6. The parties respectfully request that, per the terms of the above-cited sections of 18 U.S.C. § 3161(h), the Court set forth **in writing** its approval of the reasons proposed in paragraph 2

2

above, and find that the parties' reasons for delay set forth above advances the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial. *See* attached proposed order.

7. The defendant has or will shortly file with the Court a duly signed waiver of the Speedy Trial Act consistent with this motion.

8. This is the parties' fourth request for the Court to enter an order for excludable time.

Respectfully submitted,

_____  3/27/17
CHRISTOPHER W. SCHMEISSER      Date
Assistant U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510
Federal Bar No. CT14806
Tel.: (203) 821-3700
Fax: (203) 773-5376
christopher.schmeisser@usdoj.gov

_____  3/24/17
WILLIAM F. DOW III, ESQ.       Date
Jacobs & Dow, LLC
350 Orange Street
New Haven, CT 06511
wdow@jacobslaw.com

3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PETER RESSLER,<br><br>            Defendant. | <u>ORDER OF CONTINUANCE</u><br><br>3:16 MJ 00088 (WIG) |

      Upon the joint application of the parties in the above-captioned action, it is found that the defendant PETER RESSLER was arrested on April 25, 2016, and was charged with one violation of 18 U.S.C. § 153 (embezzlement of debtor's funds).

      It is further found that the defendant PETER RESSLER was presented before the Court on that date, and was released on bail with certain conditions on that date.

      It is further found that the parties have jointly requested a continuance in light of a now-negotiated guilty plea that is scheduled for May 2, 2017, before Judge Alfred V. Covello. The Government will use the time before the scheduled plea date to finalize paperwork and address any remaining victim notification issues. As a result, the parties continue to believe that time would be more productively used for the above-identified issues than undertaking a probable cause hearing or having the Government seek indictment in the immediate term. The Court credits the parties' reason for delay and that time would be more productively used as represented than undertaking a probable cause hearing or having the Government seek indictment in the immediate term.

It is further found that the granting of such a continuance for the stated purposes best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial and permits the defendant to demonstrate good conduct.

The request for a continuance pursuant to 18 U.S.C. § 3161(h) (2) and (7)(A) is hereby granted, and the period of time from the date of this order to May 31, 2017, is excluded under the Speedy Trial Act. Further, the preliminary hearing is postponed until the date required by the Speedy Trial Act to file an information or indictment, 18 U.S.C. § 3161(b), excluding the period of delay afforded if the Court grants the instant motion. See Fed. R. Crim. P. 5.1(a)(1).

So ordered:

_____
THE HONORABLE WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE

Dated:       Bridgeport, Connecticut
             March ___, 2017

5