UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PETER RESSLER

    Defendant.

CASE #: 3:16-mj-00088-WIG

May 5, 2017

## MOTION FOR PERMISSION TO TRAVEL

The defendant, Peter Ressler, through his undersigned counsel, hereby moves this court for permission to travel to Buffalo and Rochester, New York, leaving Wednesday, May 10, 2017, following the completion of the court ordered show cause hearing in his bankruptcy matters, and returning to the State of Connecticut on Monday, May 15, 2017, by 10:00 p.m. The purpose of the visit is to confer with out of state criminal defense counsel, Attorney Dennis Vacco at Lippes, Mathias, Wexler, Friedman, LLC Law Firm in Buffalo, New York, and to spend the weekend with his son and his son's family in Rochester to celebrate Mother's Day. Counsel for the United States, Attorney Christopher Schmeisser, has no objection. Mr. Ressler's pretrial supervision officer, Meghan Nagy, has no objection.

Wherefore, the defendant seeks permission to travel as above.

1

THE DEFENDANT
PETER L. RESSLER

By:   /s/ Jonathan Katz (ct00182)
    Jonathan Katz
    Jacobs & Dow, LLC
    350 Orange Street
    New Haven, Connecticut 06511
    Telephone: (203) 772-3100
    Facsimile: (203) 772-1691
    Federal Juris No.: ct00182
    Email jkatz@jacobslaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 5, 2017 the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                              /s/ Jonathan Katz (ct00182)
                                      Jonathan Katz
                                      Jacobs & Dow, LLC
                                      350 Orange Street
                                      New Haven, Connecticut 06511
                                      Telephone: (203) 772-3100
                                      Facsimile:  (203) 772-1691
                                      Federal Juris No.:  ct00182
                                      Email jkatz@jacobslaw.com